AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
District of Nevada

```
FILED           RECEIVED
ENTERED         SERVED ON
                COUNSEL/PARTIES OF RECORD

      FEB -1 2021

CLERK US DISTRICT COURT
   DISTRICT OF NEVADA
BY:                     DEPUTY
```

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No. 2:21-mj-~~106~~ /09-DJA |
| Nathaniel DeGrave | ) |
| _Defendant_ | ) Charging District's Case No. 1:21-mj-00184-ZMF |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the _(name of other court)_  __District of Columbia__.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

[✓] an identity hearing and production of the warrant.

[ ] a preliminary hearing.

[ ] a detention hearing.

[ ] an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: __02/01/2021__

                                                                                    /s/Nathaniel DeGrave
                                                                                      _Defendant's signature_

                                                                                 /s/ Cristen C. Thayer
                                                                               _Signature of defendant's attorney_

                                                                                   Cristen C. Thayer
                                                                              _Printed name of defendant's attorney_